

1 | Gerald D. Wells III (CA Bar # 257496)
**CONNOLLY WELLS & GRAY, LLP**
2 | 101 Lindenwood Drive, Suite 225
Malvern, PA 19355
3 | Tel.:  (610) 822-3700
Fax:  (610) 822-3800
4 | gwells@cwglaw.com

5 | Eric D. Zard (CA Bar# 323320)
**CARLSON LYNCH, LLP**
6 | 1350 Columbia Street, Suite 603
San Diego, CA 92101
7 | Tel.:  619-762-1905
Fax:   619-756-6991
8 | ezard@carlsonlynch.com

9 | *Attorneys for Plaintiff*
[Additional Counsel on Signature Page)
10



E-FILED
SEP 2 3 2020
Document # JS-6

11 | IN THE UNITED STATES DISTRICT COURT
12 | FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN LICEA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DMSD FOODS, INC.,<br><br>Defendant. | Case No.: **5:19-cv-01793-PSG-SHK**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** ; ORDER |

**IT IS HEREBY ORDERED** that, pursuant to the Stipulation of Dismissal with Prejudice filed by Plaintiff Sean Licea and Defendant DMSD Foods, Inc., (collectively, the "Parties"), the above-reference action is dismissed with prejudice as to all Parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that the above-referenced action be dismissed with prejudice as to all Parties. The Parties shall bear their own attorneys' fees and costs.

---
1
[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS SO ORDERED.

Dated: 9/23/2020

Hon. Philip S. Gutierrez
UNITED STATES DISTRICT JUDGE